No. 882. W. FRANK KINNEY, COLLECTOR, ETC., PETITIONER, *v.* SAMUEL MORRIS CONANT ET AL., EXECUTORS, ETC. May 24, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *The Attorney General* and *The Solicitor General* for petitioner. *Mr. Walter F. Angell* and *Mr. Frank H. Swan* for respondents.

---

No. 884. CHARLES W. PINKNEY ET AL., ETC., PETITIONERS, *v.* THE CHURCH COOPERAGE COMPANY ET AL. May 24, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Harrington Putnam* for petitioners. *Mr. J. Parker Kirlin* and *Mr. Charles R. Hickox* for respondents.

---

No. 887. NORFOLK COLD STORAGE & ICE COMPANY, PETITIONER, *v.* NORFOLK & WESTERN RAILWAY COMPANY. May 24, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Floyd Hughes* and *Mr. J. L. Jeffries* for petitioner. *Mr. Theodore W. Reath, Mr. R. M. Hughes* and *Mr. John H. Holt* for respondent.

---

No. 889. THE STEAMSHIP MIRAMAR COMPANY, LIMITED, PETITIONER, *v.* THE MUNSON STEAMSHIP LINE. May 24, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* and *Mr. Charles R. Hickox* for petitioner. *Mr. Charles S. Haight* for respondent.

---

No. 890. THE NEW YORK & PORTO RICO STEAMSHIP COMPANY, PETITIONER, *v.* ARCHIBALD H. BULL ET AL., OWNERS,